406940

RECEIVED

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DEC 21 2005

US MARSHALS
RHODE ISLAND

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JULIO BALCACER-BAEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-140ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JULIO BALCACER-BAEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY OF PREVIOUSLY DEPORTED ALIEN

in violation of
Title 8 United States Code, Section(s) 1326(a)and(b)(2)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

December 21, 2005 Providence, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

RETURN

at North Dartmouth, MA by ICE

| DATE RECEIVED 12/21/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/30/2005 | CJ Wyant SDUSM | Chad Wyant |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.