IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No.05-059ML
)
JULIO BALCACER BAEZ )

**NO OBJECTION TO DEFENDANT'S**
**MOTION TO CONTINUE TRIAL**

Comes now the United States of America, by and through its undersigned attorney, that the government has no objection to Defendant's Motion to Continue Trial.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2006, I served a copy of the within No Objection to Defendant's Motion To Continue Trial, by mailing same, postage prepaid, to:

Edward C. Roy, Esq.
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

Paulette E. Gamache