Response attached

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JAN 2 4 2006 DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-059 ML

JULIO BALCACER BAEZ :

**MOTION TO CONTINUE TRIAL**

NOW comes the defendant, Julio Balcacer Baez, and moves that this Honorable Court continue the jury empanelment of this case from February of 2006 to April of 2006. In support of this motion, the defendant states that:

1. The defendant in this case has expressed a willingness to plead guilty to the charges set forth in the indictment, illegal re-entry after deportation, but the defendant seeks additional time to review with the defendant his immigration file and explain the impact of his prior convictions on his guideline calculations.

2. In addition, defense counsel is scheduled to be on trial before the Honorable William Smith, beginning February 28, 2006 in the matter of United State v. John Conley, Cr No. 05-079 S, a fourteen count wire fraud indictment that is likely to take two weeks to try.

The granting of this motion is consistent with the ends of justice, as provided in 18 U.S.C. § 3161(h)(8)(A), as the defendant's needs to evaluate the

Granted. Mary M. Lisi USDJ 1/23/06

evidence outweighs the interest of the Government in a speedy trial.

JULIO BALCACER BAEZ,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
(401) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Gerard Sullivan, AUSA on the 19th day of January, 2006.