UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR NO. 05-149ML |
| | ) | |
| JULIO BALCACER-BAEZ | ) | |

---

**MOTION TO CONTINUE SENTENCING**

NOW COMES the defendant, Julio Balcacer-Baez, through counsel and moves that the sentencing in this matter presently scheduled for July 28, 2006 be continued to the Court next available date. The reason for this request is that defense counsel is scheduled for vacation the week of July 24 through and including July 28, 2006. A court excuse has been submitted and is presently pending with the Court. The government has no objection to the granting of this motion.

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 5/11/06

JULIO BALCACER-BAEZ
By his Attorney,

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 16th day of May 2006, I hand-delivered a true copy of the within motion to Gerard B. Sullivan, AUSA, Office of the United States Attorney, 50 Kenned Plaza, 8th Floor, Providence, RI 02903; Office of the Probation Officer, Exchange Terrace, Providence, RI 02903.