Julio Balcacer-Baez
950 High Street
Central Falls, RI 02863

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

vs.

Julio Balcacer Baez

No.: 05-00140-01ML

NOTICE OF APPEAL

The defendant, Jilio Balcacer Baez, hereby gives notice of appleal of the judgment entered against him on 8·25·06 by the Honorable Mary M. Lisi.

Respetfully Submitted this 28th day of August 2006.

Julio Balcacer Baez.-
Julio Balcacer-Baez/Defendant

Copies submitted this 28th day of August, 2006 to each of the following:

Assistance Federal Defender:
Edward C. Roy, Esq.
10 Weybosset street- Suite 300
Providence, RI 02903

Assistance U.S. Attorney:
Gerald B. Sullivan, Esq.
50 Kennedy Plaza-8th Floor
Providence, RI 02903

cc:filed