RECEIVED

SEP 28 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 30, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-140ML
USA v. Julio Balcacer-Baez

**CCA#** 06-2290

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By_____________________
John Duhamel
Deputy Clerk

Encl.: **Case file**
**J&C's Statement of Reasons [sealed]; PSR [sealed]**
**Certified docket**