MANDATE

05-00140
USDC-RI
CUSI

# United States Court of Appeals
## For the First Circuit

No. 06-2290

UNITED STATES,
Appellee,

v.

JULIO BALCACER-BAEZ,

Defendant, Appellant.

**JUDGMENT**

Entered: May 22, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 5/22/07

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Julio Balcacer-Baez, Andrew H. Berg, Esq., Gerard B. Sullivan, AUSA,
Kenneth P. Madden, AUSA, Donald Lockhart, AUSA]